# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Tara L. Humma
Tel: 856.761.3408
Fax: 856.761.1021
HummaT@ballardspahr.com

November 18, 2020

*By Electronic Filing*

Hon. Ann Marie Donio
U.S. Magistrate Judge
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Federal Bldg. & Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

Re:   Maurer v. Truist Bank, Civil Action No. 19-14612
      Maurer v. Truist Bank, Civil Action No. 19-20915

Dear Jude Donio:

Enclosed please find a stipulation of dismissal with prejudice in this matter. We request that the Court cancel the conference scheduled for December 15, 2020 based on this filing. Please advise if you require any additional information at this time.


Respectfully submitted,

*s/Tara L. Humma*

Tara L. Humma

TLH/kw
Enclosure

cc:   John P. Fuller, Esq. (via ECF and email)


A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

DENNIS MAURER, Individually,

    Plaintiff,

**vs.**

Truist Bank, a Foreign Corporation,

    Defendant.

Case No. 1:19-cv-14612-RMB-AMD

and

Dennis Maurer, Individually,

    Plaintiff,

vs.

Truist Bank, a Foreign Corporation,

    Defendant.

Case No: 1:19-cv-20915-RMB-AMD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Maurer ("Plaintiff') and defendant Truist Bank, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree that Plaintiffs claims in the above-captioned matters shall be and are **DISMISSED WITH PREJUDICE** and without taxation by the Court of attorneys' fees or costs of any kind against any party, except as provided pursuant to a settlement agreement between the parties, and agree that the Court should retain jurisdiction to enforce the settlement agreement.

*s/ Alan R. Ackerman*
Alan R. Ackerman, Esquire
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177

John P. Fuller, Esquire
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199

*Attorneys for Plaintiff,*
*Dennis Maurer*

DATED: October 6, 2020

*s/ Tara L. Humma*
Meredith Swartz Dante, Esq. (No. 031722008)
Tara L. Humma, Esq. (No. 005452012)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215.665.8500

*Attorneys for Defendant Truist Bank*

DATED: November 18, 2020

16